ORIGINAL

FILED

08 APR -8 PM 2: 17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

1  DALEY & HEFT, ATTORNEYS AT LAW
   ROBERT W. BROCKMAN, ESQ. (SBN 123546)
2  GOLNAR J. FOZI, ESQ. (SBN 167674)
   462 STEVENS AVENUE, SUITE 201
3  SOLANA BEACH, CA  92075
   TELEPHONE:  (858) 755-5666
4  FACSIMILE:  (858) 755-7870

5  Attorneys for Defendants
   CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE and FRANCISCO
6  MESQUITA

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                                     '08 CV 0634 W AJB

11 SONDRA BOONE,                    )  Case No.
                                    )
12            Plaintiff,            )  (San Diego Superior Court Case No. 37-
                                    )  2007-00057536-CU-DF-NC)
13       v.                         )
                                    )  NOTICE OF INTERESTED PARTIES
14 CARLSBAD COMMUNITY CHURCH,       )
   TOM WOOD, DICK LEE, FRANCISCO    )
15 MESQUITA and DOES 1-20,          )
                                    )
16            Defendants.           )
                                    )
17                                  )
                                    )
18 _____ )

19       1.    Defendant Carlsbad Community Church.

20       2.    Dick Lee.

21       3.    Tom Wood.

22       4.    Francisco Mesquita.

23       5.    Guide One Insurance.

24 Dated:  April 7, 2008          DALEY & HEFT, LLP

25                                By: _____
26                                    ROBERT W. BROCKMAN
                                      GOLNAR J. FOZI
27                                    Attorneys for Defendants CARLSBAD
                                      COMMUNITY CHURCH, TOM WOOD,
28                                    DICK LEE and FRANCISCO
                                      MESQUITA