1  DALEY & HEFT, ATTORNEYS AT LAW
   ROBERT W. BROCKMAN, ESQ. (SBN 123546)
2  GOLNAR J. FOZI, ESQ. (SBN 167674)
   462 STEVENS AVENUE, SUITE 201
3  SOLANA BEACH, CA  92075
   TELEPHONE:  (858) 755-5666
4  FACSIMILE:  (858) 755-7870

5  Attorneys for Defendants
   CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE and FRANCISCO
6  MESQUITA

7

8                       UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10

11  SONDRA BOONE,                          )  Case No.  08 CV 0634 W AJB
                                           )
12         Plaintiff,                      )  (San Diego Superior Court Case No. 37-
                                           )  2007-00057536-CU-DF-NC)
13     v.                                  )
                                           )  **CERTIFICATE OF SERVICE OF**
14  CARLSBAD COMMUNITY CHURCH,             )  **NOTICE TO ADVERSE PARTY OF**
    TOM WOOD, DICK LEE, FRANCISCO          )  **REMOVAL TO FEDERAL COURT**
15  MESQUITA and DOES 1-20,                )
                                           )
16         Defendants.                     )
                                           )
17  _____  )

18         I, the undersigned, certify and declare as follows:

19         I am over the age of 18 years and not a party to this action.

20         My business address is 462 Stevens Avenue, Suite 201, Solana Beach, California 92075,

21  which is located in the city, county and state where the mailing described below took place.

22         On April 10, 2008, I deposited in the United States Mail at Solana Beach, California a

23  copy of the Notice to Adverse Party of Removal to Federal Court dated April 10, 2008, a copy of

24  which is attached to this certificate.

25         I declare under penalty of perjury that the foregoing is true and correct.

26

27  April 10, 2008                    Signature: _____
                                                 Chiai Chon
28

---
**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**