# Exhibit A

1  DALEY & HEFT, ATTORNEYS AT LAW
   ROBERT W. BROCKMAN, ESQ. (SBN 123546)
2  GOLNAR J. FOZI, ESQ. (SBN 167674)
   462 STEVENS AVENUE, SUITE 201
3  SOLANA BEACH, CA 92075
   TELEPHONE: (858) 755-5666
4  FACSIMILE: (858) 755-7870

5  Attorneys for Defendants
   CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE and FRANCISCO
6  MESQUITA

7

8          SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

10

11 SONDRA BOONE,                      )  Case No. 37-2007-00057536-CU-DF-NC
                                      )
12         Plaintiff,                 )  **NOTICE TO ADVERSE PARTY OF**
                                      )  **REMOVAL TO FEDERAL COURT**
13     v.                             )
                                      )
14 CARLSBAD COMMUNITY CHURCH,         )  DATE: May 9, 2008
   TOM WOOD, DICK LEE, FRANCISCO      )  TIME: 1:30 p.m.
15 MESQUITA and DOES 1-20,            )  ICJ : Michael B. Orfield
                                      )
16         Defendants.                )  DEPT.: 28
                                      )  T/D : Not Set
17 _____   )

18     **PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed in the United

19 States District Court for the Southern District of California on *April 10, 2008* under Federal

20 Court case no: 08 CV 0634 W AJB.

21     A copy of said Notice of Removal is attached to this Notice and is served and filed

22 herewith.

23

24 Dated: April 10, 2008          DALEY & HEFT, LLP

25

26                                By: _____

27                                ROBERT W. BROCKMAN
                                  GOLNAR J. FOZI
28                                Attorneys for Defendants CARLSBAD
                                  COMMUNITY CHURCH, TOM WOOD,
                                  DICK LEE and FRANCISCO
                                  MESQUITA

1
NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT