# Exhibit B

1  DALEY & HEFT, ATTORNEYS AT LAW
   ROBERT W. BROCKMAN, ESQ. (SBN 123546)
2  GOLNAR J. FOZI, ESQ. (SBN 167674)
   462 STEVENS AVENUE, SUITE 201
3  SOLANA BEACH, CA  92075
   TELEPHONE:  (858) 755-5666
4  FACSIMILE:  (858) 755-7870

5  Attorneys for Defendants
   CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE and FRANCISCO
6  MESQUITA

7
                    UNITED STATES DISTRICT COURT
8
                  SOUTHERN DISTRICT OF CALIFORNIA
9

10

11  SONDRA BOONE,                    )  Case No.
                                     )
12          Plaintiff,               )  (San Diego Superior Court Case No. 37-
                                     )  2007-00057536-CU-DF-NC)
13      v.                           )
                                     )  NOTICE OF REMOVAL OF ACTION
14  CARLSBAD COMMUNITY CHURCH,       )  UNDER 28 U.S.C. SECTION 1441(b)
    TOM WOOD, DICK LEE, FRANCISCO    )  (FEDERAL QUESTION)
15  MESQUITA and DOES 1-20,          )
                                     )
16          Defendants.              )
                                     )
17                                   )
                                     )
18  _____ )

19  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20          **PLEASE TAKE NOTICE** that defendants CARLSBAD COMMUNITY CHURCH,

21  TOM WOOD, DICK LEE, FRANCISCO MESQUITA hereby remove to this Court the State

22  Court action described below.

23          1.      On or about October 29, 2007, an action was commenced in the Superior Court of

24  the State of California, County of San Diego entitled Sondra Boone v. Carlsbad Community

25  Church, Tom Wood, Dick Lee, Francisco Mesquita, Case 37-2007-00057536-CU-DF-NC. The

26  complaint did not allege the violation of any federal statutes or laws. A copy of plaintiff's original

27  summons and complaint are attached hereto as Exhibit A.

28  ///

---

1

2.     On or about December 17, 2007, defendants filed a demurrer. A true and correct copy of the demurrer and is attached hereto as Exhibit B.

3.     On or about December 17, 2007, defendants filed a motion to strike allegations in plaintiff's original complaint. A true and correct copy of the motion to strike is attached hereto as Exhibit C.

3.     On or about March 12, 2008, plaintiff voluntarily amended her original complaint in advance of the hearing on the defendants' demurrer and motion to strike, and served it on defendants via U.S. Mail. A true and correct of the First Amended Complaint is attached hereto as Exhibit D.

4.     Concurrently with the filing of the First Amended Complaint, plaintiff also filed a Motion to Seek Punitive Damages Against Defendant Carlsbad Community Church. A copy of motion papers is attached hereto as Exhibit E.

5.     The First Amended Complaint contains claims premised on federal law. Specifically, the First, Second, Sixth and Seventh claims for relief in the First Amended Complaint alleges violation of a Federal statute, namely Title VII of the Civil Rights Act, 42 U.S.C. Section 2000e-3(a), and the Age Discrimination in Employment Act, 29 U.S.C. Section 623. Therefore, this lawsuit is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331, and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. Section 1441(b).

5.     There are no other defendants named in this action.

6.     Defendants demand a jury trial.

Dated: April __, 2008                          DALEY & HEFT, LLP


By: _____
ROBERT W. BROCKMAN
GOLNAR J. FOZI
Attorneys for Defendants CARLSBAD
COMMUNITY CHURCH, TOM WOOD,
DICK LEE and FRANCISCO MESQUITA