| | |
|---|---|
| 1 | DALEY & HEFT, ATTORNEYS AT LAW |
|   | ROBERT W. BROCKMAN, ESQ. (SBN 123546) |
| 2 | GOLNAR J. FOZI, ESQ. (SBN 167674) |
|   | 462 STEVENS AVENUE, SUITE 201 |
| 3 | SOLANA BEACH, CA  92075 |
|   | TELEPHONE:  (858) 755-5666 |
| 4 | FACSIMILE:  (858) 755-7870 |

Attorneys for Defendants
CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE and FRANCISCO MESQUITA

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONDRA BOONE, | Case No. 08 CV 0634 W AJB |
| Plaintiff, | **DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA'S NOTICE OF MOTION AND MOTION TO STRIKE CLAIMS AND ALLEGATIONS IN PLAINTIFF'S FIRST AMENDED COMPLAINT [FRCP 12(f)]; MEMORANDUM OF POINTS AND AUTHORITIES** |
| v. | |
| CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA and DOES 1-20, | |
| Defendants. | |
| | [No Oral Argument Per Local Rule] |
| | DATE:  May 12, 2008 |
| | TIME:  10:30 a.m. |
| | DEPT.:  7 |
| | DIST. JUDGE:  Thomas J. Whelan |
| | MAG. JUDGE:  Anthony J. Battalia |

**TO: PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 12, 2008 at 10:30 a.m.  or as soon thereafter as the matter may be heard in Department 7 of the above-entitled court, located at 880 Front Street, Room 4290, San Diego, California  92101, defendants CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA will move the court pursuant to FRCP 12(f), for an order striking the following portions of plaintiff's First Amended Complaint:

1.      First Cause of Action for Wrongful Termination:   allegations relating to the California Fair Employment and Housing Act;

1   2.   Second Cause of Action for Wrongful Termination: allegations relating to the California Fair Employment and Housing Act;

3   3.   Seventh Cause of Action for Age Discrimination and Harassment: allegations relating to the California Fair Employment and Housing Act;

5   4.   Eighth Cause of Action for Gender Discrimination and Harassment: allegations relating to the California Fair Employment and Housing Act;

7   5.   Paragraphs 25 through 32: irrelevant and improper allegations alleges financial misconduct.

9   6.   Paragraphs 88 and 97 (prayer for attorneys fees pursuant to CCP Section 1021.5.)

This motion will be based on this notice and motion, the memorandum of points and authorities filed herewith, matters subject to judicial notice, and the pleadings and papers filed herein.

Dated: April 11, 2008                                 DALEY & HEFT, LLP


By: /s/ Golnar J. Fozi
    ROBERT W. BROCKMAN
    GOLNAR J. FOZI
    Attorneys for Defendants CARLSBAD
    COMMUNITY CHURCH, TOM WOOD,
    DICK LEE and FRANCISCO
    MESQUITA