```
 1  DALEY & HEFT, ATTORNEYS AT LAW
    ROBERT W. BROCKMAN, ESQ. (SBN 123546)
 2  GOLNAR J. FOZI, ESQ. (SBN 167674)
    462 STEVENS AVENUE, SUITE 201
 3  SOLANA BEACH, CA  92075
    TELEPHONE:  (858) 755-5666
 4  FACSIMILE:  (858) 755-7870

 5  Attorneys for Defendants
    CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE and FRANCISCO
 6  MESQUITA
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONDRA BOONE, | Case No. 08 CV 0634 W AJB |
| Plaintiff, | **DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)]; MEMORANDUM OF POINTS AND AUTHORITIES** |
| v. | |
| CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA and DOES 1-20, | |
| Defendants. | |
| | [No Oral Argument Per Local Rule] |
| | DATE:  May 12, 2008
TIME:  10:30 a.m.
DEPT.:  7
DIST. JUDGE:  Thomas J. Whelan
MAG. JUDGE:  Anthony J. Battalia |

**TO: PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 12, 2008 at 10:30 a.m. or as soon thereafter as the matter may be heard in Department 7 of the above-entitled court, located at 880 Front Street, Room 4290, San Diego, California 92101, defendants CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA will move the court pursuant to FRCP 12(b)(6), for an order dismissing parts of plaintiff's First Amended Complaint on the following grounds:

///

---

1

**DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

1. Plaintiff's Third Cause of Action for Wrongful Termination of Employment in Violation of Labor Code sections 1102.5 and 6400 fails to state a cause of action on which relief can be granted;

2. Plaintiff's Fourth Cause of Action for Wrongful Termination of Employment in Violation of Labor Code sections 1102.5 and 6310 fails to state a cause of action on which relief can be granted;

3. Plaintiff's Fifth Cause of Action for Violation of Labor Code Sections 6400 et seq. fails to state facts sufficient to constitute a cause of action.

4. Plaintiff's Sixth Cause of Action for Retaliation in Violation of 42 U.S.C. Section 2000e-3(a) fails to state facts sufficient to constitute a cause of action against the individual defendants WOOD, LEE and MESQUITA.

5. Plaintiff's Seventh Cause of Action for Age Discrimination and Harassment fails to state facts sufficient to constitute a cause of action against the individual defendants WOOD, LEE and MESQUITA;

6. Plaintiff's Eighth Cause of Action for Age Discrimination and Harassment fails to state facts sufficient to constitute a cause of action against the individual defendants WOOD, LEE and MESQUITA.

This motion will be based on this notice and motion, the memorandum of points and authorities filed herewith, the exhibits filed herewith, the request for judicial notice, and the pleadings and papers filed herein.

Dated: April 11, 2008    DALEY & HEFT, LLP

By: */s/ Golnar J. Fozi*
ROBERT W. BROCKMAN
GOLNAR J. FOZI
Attorneys for Defendants CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE and FRANCISCO MESQUITA