```
DALEY & HEFT, ATTORNEYS AT LAW
ROBERT W. BROCKMAN, ESQ. (SBN 123546)
GOLNAR J. FOZI, ESQ. (SBN 167674)
462 STEVENS AVENUE, SUITE 201
SOLANA BEACH, CA  92075
TELEPHONE:  (858) 755-5666
FACSIMILE:  (858) 755-7870

Attorneys for Defendants
CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE and FRANCISCO
MESQUITA
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONDRA BOONE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA and DOES 1-20,<br><br>　　　　Defendants. | Case No. 08 CV 0634 W AJB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE AND FRANCISCO MESQUITA'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)] AND MOTION TO STRIKE [FRCP 12(f)**<br><br>[No Oral Argument Per Local Rule]<br><br>DATE:  May 12, 2008<br>TIME:  10:30 a.m.<br>DEPT.:  7<br>DIST. JUDGE:  Thomas J. Whelan<br>MAG. JUDGE:  Anthony J. Battalia |

Although a court may not normally consider evidence outside of the complaint itself in ruling on a motion to dismiss under FRCP 12(b)(6) , or 12(f) there are limited situations in which a "court may take judicial notice of facts outside the pleadings." *(Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986) (overruled on other grounds by *Astoria Federal Savings & Loan Association v. Solimino*, 501 U.S. 104 (1991).)     In ruling on such motions, the Court may consider documents mentioned in the complaint but not attached to the complaint. *(Townsend v. Columbia Operations*, 667 F.2d 844, 848-849 (9th Cir. 1982).)  On a motion to dismiss a court may properly look beyond the complaint to matters of public record.

1  (*Mack, supra*, 798 F.2d 1282.)  The Court may take judicial notice of the contents of public
2  records.  *(MGIC Indemnity Corporation v. Weisman*, 803 F.2d 500 (9th Cir. 1986).  Files and
3  determinations of public agencies are subject to judicial notice.  (*Furnari v. Warden*, 218 F.3d,
4  250 (3rd Cir. 2000); *Fornalik v. Perryman*, 223 F.3d 523 (7th Cir. 2000).)

5        Here, defendants respectfully request that the Court take judicial notice of the following
6  records of public agencies:

7        **Exhibit 1:**   California Secretary of State, Statement of Information (Domestic
8  Nonprofit Corporation) for Carlsbad Community Church;

9        **Exhibit 2:**   (Also mentioned in the FAC at paragraph 8 but not attached to the FAC)
10 Charge of Discrimination filed with the U.S. E.E.O.C. by plaintiff on October 31, 2007;

11       **Exhibit 3:**   (Also mentioned in the FAC at paragraph 8 but not attached to the FAC)
12 Charge of Discrimination filed with the California DFEH by plaintiff on August 14, 2007.

13

14 Dated:  April 11, 2008            DALEY & HEFT, LLP

15

16                       By:*/s/ Golnar J. Fozi*
                          ROBERT W. BROCKMAN
17                           GOLNAR J. FOZI
                          Attorneys for Defendants CARLSBAD
18                           COMMUNITY CHURCH, TOM WOOD,
                          DICK LEE and FRANCISCO
19                           MESQUITA

20

21

22

23

24

25

26

27

28