# Exhibit 1



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___2___ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

DEC 2 9 2007

DEBRA BOWEN
Secretary of State

Sec/State Form CE 108 (REV 1/2007)

OSP 06 99733





# State of California
## Kevin Shelley
## Secretary of State

### STATEMENT OF INFORMATION
(Domestic Nonprofit Corporation)

**Filing Fee $20.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)

C0113669        **RE**        **NCD**
CARLSBAD COMMUNITY CHURCH
3175 HARDING ST
CARLSBAD CA 92008

**FILED**
In the office of the Secretary of State
of the State of California

**FEB — 9 2005**

This Space For Filing Use Only

**DUE DATE:   04-30-05**

**COMPLETE PRINCIPAL OFFICE ADDRESS** (Do not abbreviate the name of the city. Item 2 cannot be a P.O. Box.)

| 2. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3175 Harding Street | Carlsbad | CA | 92008 |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 3. | CHIEF EXECUTIVE OFFICER/ Gene Stroh | 6043 Dassia Way | Oceanside CA | 92056 |
| 4. | SECRETARY/ Gary Steck | 1020 McMahr Rd. | San Marcos, CA | 92078 |
| 5. | CHIEF FINANCIAL OFFICER/ Richard McDowell | 3917 Alder Ave | Carlsbad, CA | 92008 |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 7 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 7 must be left blank.)

6. NAME OF AGENT FOR SERVICE OF PROCESS

Russell L. Nelson

| 7. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3175 Harding Street | Carlsbad | CA | 92008 |

**DAVIS-STIRLING COMMON INTEREST DEVELOPMENT ACT** (California Civil Code section 1350, et seq.)

8. ☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act and proceed to Items 9, 10 and 11.

**NOTE:** Corporations formed to manage a common interest development must also file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code section 1363.6. Please see instructions on the reverse side of this form.

| 9. ADDRESS OF BUSINESS OR CORPORATE OFFICE OF THE ASSOCIATION, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| 10. FRONT STREET AND NEAREST CROSS STREET FOR THE PHYSICAL LOCATION OF THE COMMON INTEREST DEVELOPMENT (Complete if the business or corporate office is not on the site of the common interest development.) | 9-DIGIT ZIP CODE |
|---|---|
| | |

| 11. NAME AND ADDRESS OF ASSOCIATION'S MANAGING AGENT, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

12. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Russell L. Nelson | | Dir. Adm. | 2/4/05 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

SI-100 (REV 09/2004)        APPROVED BY SECRETARY OF STATE

003492N

07-212450



# State of California
## Secretary of State

**STATEMENT OF INFORMATION**

(Domestic Nonprofit Corporation)

N | 104

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)

C0113660          RE          NCD
CARLSBAD COMMUNITY CHURCH
3175 HARDING ST
CARLSBAD CA   92008

**FILED**

In the office of the Secretary of State
of the State of California

APR 3 0 2007

This Space For Filing Use Only

**DUE DATE:  04-30-07**

**COMPLETE PRINCIPAL OFFICE ADDRESS** (Do not abbreviate the name of the city. Item 2 cannot be a P.O. Box.)

| 2. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY. | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3175 Harding Street | Carlsbad, | CA | 92008 |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 3. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| R. Thomas Wood | 325 CARLSBAD Village Dr.#E-2 | Carlsbad,CA | 92008 |

| 4. SECRETARY/ | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Aryille Trostrud | 2226 Cameo Rd. | Carlsbad, CA | 92008 |

| 5. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Richard Lee | 2293 McFan Rd. | Carlsbad, CA | 92008 |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 7 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 7 must be left blank.)

6. NAME OF AGENT FOR SERVICE OF PROCESS

Francisco Mesquita

| 7. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3175 Harding Street | Carlsbad | CA | 92008 |

**DAVIS-STIRLING COMMON INTEREST DEVELOPMENT ACT** (California Civil Code section 1350, et seq.)

8. ☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act and proceed to Items 9, 10 and 11.

**NOTE:** Corporations formed to manage a common interest development must also file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code section 1363.6. Please see instructions on the reverse side of this form.

| 9. ADDRESS OF BUSINESS OR CORPORATE OFFICE OF THE ASSOCIATION, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| 10. FRONT STREET AND NEAREST CROSS STREET FOR THE PHYSICAL LOCATION OF THE COMMON INTEREST DEVELOPMENT (Complete if the business or corporate office is not on the site of the common interest development.) | | | |
|---|---|---|---|
| | | | |

| 11. NAME AND ADDRESS OF ASSOCIATION'S MANAGING AGENT, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

12. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Francisco Mesquita | | Pastor Admin. | 4/27/07 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

SI-100 (REV 07/2006) | APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State



    I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

    That the attached transcript of ____4____ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

DEC 2 9 2007

_____

DEBRA BOWEN
Secretary of State

113069

Index

ARTICLES OF INCORPORATION

CARLSBAD UNION CHURCH

GEORGE H. STONE

SAN DIEGO, CALIFORNIA

FILED
in the office of the Secretary of State
OF THE STATE OF CALIFORNIA

APR 9 - 1925

FRANK C. JORDAN,
SECRETARY OF STATE

No Capital Stock

Exempt

Recorded in Book
475 at page 338

# ARTICLES OF INCORPORATION
## OF
## CARLSBAD UNION CHURCH

We, the undersigned, a majority of whom are residents of the State of California, do hereby voluntarily associate ourselves together for the purpose of incorporating a non-profit religious corporation under the laws of the State of California, and we do hereby certify:

1st.   That the name of said corporation is CARLSBAD UNION CHURCH.

2nd.   That the purpose for which said corporation is formed is to establish a church at Carlsbad, California, for the purpose of carrying on religious services, education and training; to acquire title, to manage and hold for the use and benefit of the association, property of any kind and nature; to receive bequests, to lease, mortgage, sell and convey any property belonging to said corporation, and to do all things necessary and convenient to carry out the purposes of said corporation as are allowed by the laws of the State of California, and not repugnant to the constitution and laws of said State.

3rd.   That the place where the principal business of said corporation is to be transacted is Carlsbad, San Diego County, California.

4th.   That the term for which said corporation is to exist is fifty (50) years from and after the date of its incorporation.

5th.   That said corporation has no capital stock.

6th.   That the number of trustees of said corporation shall be _five_ and the names and residences of the said trustees who are appointed for the first year and to serve until the election and qualification of their successors are as follows, to-wit

<u>Name</u>                                            <u>Residence</u>

*W. E. Hegler*                                        *Carlsbad.*

*James M Rea*                                         *Carlsbad*

*C. F. Young*

*R. H. Wilson*

*V. T. Richards*                                     *Carlsbad*

7th.   That the voting power and the property rights and interest of each member shall be equal.

IN WITNESS WHEREOF, we have hereunto set our hands this 31st day of March 1925.

*W. E. Hegler*

*James M Rea*

*C. F. Young*

*R. H. Wilson*

*V. T. Richards*

STATE OF CALIFORNIA )
                    )ss
County of San Diego. )

ON THIS 31th day of March 1925, before me *Olive R. Craig* a Notary Public in and for said County of San Diego, State of California, residing therein, duly commissioned and sworn, personally appeared *W. E. Hegler - James M Rea - C. F. Young R. H. Wilson and V. T. Richards* personally known to me to be the persons whose names are subscribed to the within instrument, and they duly acknowledged to me that they executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, at my office in the County of San Diego, the day and year in this certificate first above mentioned.

*Olive R. Craig, née Olive R. Brown*
Notary Public in and for the County of San Diego, State of California.

NCTO:                           113669                           A396521                    

  **Carlsbad Union Church**   REV. A. BARRY JONES          Senior Minister
                                                 REV. MAX VAGUE            Minister to Adults
                                                 REV. GARY BROWN      Minister to Young Adults
                                                 REV. WILLIS NEWTON, Jr.   Minister of Visitation
                                                 GEORGE RUGO         Minister to College Age
                                                 JOHN SPARKS              Minister to Youth
                                                 CORINNE DRURY   Director of Children's Ministries

                                                          **FILED**
                                          In the office of the Secretary of State
                                               of the State of California

        CERTIFICATE   OF   AMENDMENT             **DEC 06 1990**
                        OF
        ARTICLES OF   INCORPORATION           *March Fong Eu*
                                              MARCH FONG EU, Secretary of State

Jerry D. Colling, M. D. and Karin L. Young certify that:

1. They are the president and the secretary, respectively, of
   Carlsbad Union Church, a California Corporation.

2. Article I of the articles of incorporation of this corporation
   is amended to read as follows:

   The name of this church shall be Carlsbad Community Church.

3. The foregoing amendment of articles of incorporation has been
   duly approved by the board of directors.

4. The foregoing amendment of articles of incorporation has been
   duly approved by the required vote of members.

We further declare under penalty of perjury under the laws of the
State of California that the matters set forth in this certificate
are true and correct of our own knowledge.

Date: *November 30, 1990*

                                           *Jerry D. Colling MD*
                                           Jerry D. Colling, M.D., Pres.

                                           *Karin L. Young*
                                           Karin L. Young, Secretary

3175 Harding Street, Carlsbad, California 92008 ● (619) 729-2331
*"For the Word of God and the Testimony of Jesus Christ."*

This Church is a Member of The Conservative Congregational Christian Conference & The National Association of Evangelicals