# Exhibit 3

# \*\*\* EMPLOYMENT \*\*\*

COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

DFEH # E200708-D-0201-00-arsc
DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.): Ms. Sondra Boone
TELEPHONE NUMBER (INCLUDE AREA CODE): 760/729-5748
ADDRESS: 2042 Cordoba Place
CITY/STATE/ZIP: Carlsbad, CA 92008
COUNTY:
COUNTY CODE:

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME: Carlsbad Community Church
TELEPHONE NUMBER (Include Area Code):
ADDRESS: 3175 Harding Street
DFEH USE ONLY
CITY/STATE/ZIP: Carlsbad, CA 92008
COUNTY:
COUNTY CODE:
NO. OF EMPLOYEES/MEMBERS (if known): 35
DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year): 4/23/07
RESPONDENT CODE:

THE PARTICULARS ARE:

On April 23, 2007 I was
- X fired
- ___ laid off
- ___ demoted
- X harassed
- ___ genetic characteristics testing
- ___ forced to quit
- ___ denied employment
- ___ denied promotion
- ___ denied transfer
- ___ denied accommodation
- ___ impermissible non-job-related inquiry
- ___ other (specify)
- ___ denied family or medical leave
- ___ denied pregnancy leave
- ___ denied equal pay
- ___ denied right to wear pants
- ___ denied pregnancy accommodation

by Francisco Mesquita (Pastor of Administration) & Tom Wood (Chairman of the Elder Board)
Name of Person / Job Title (supervisor/manager/personnel director/etc.)

because of my:
- X sex
- X age
- ___ religion
- ___ race/color
- ___ national origin/ancestry
- ___ marital status
- ___ sexual orientation
- ___ association
- ___ physical disability
- ___ mental disability
- ___ other (specify)
- ___ cancer
- ___ genetic characteristic
- X (Circle one) filing; Protesting; participating in investigation (retaliation for)

the reason given by Francisco Mesquita & Tom Wood
Name of Person and Job Title

Was because of [please state what you believe to be reason(s)]: Please see accompanying document (Attached hereto as "Particulars")

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated 8/13/07
*Sondra Boone* — COMPLAINANT'S SIGNATURE

At San Diego (County)
Carlsbad (City)

DATE FILED: 8/14/07

RECEIVED
AUG 14 2007
SAN DIEGO DISTRICT OFFICE
STATE OF CALIFORNIA

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

Claimant:    Boone, Sondra

**Particulars**

1. I, Sondra Boone, commenced my employment at the Carlsbad Community Church ("Church") in 1987.

2. During my time of employment at the Church, all of my employment reviews were exemplary.

3. During my time of employment at the Church, I consistently heard male Church employees and male Members of the Board of Elders make comments and engage in conversations that I perceived as being discriminatory against females.

4. Many of the discriminatory comments made about females were expressly made to me.

5. During my time of employment at the Church, I, along with four other female employees filed an internal complaint ("complaint") regarding the Church's failure to provide a safe work environment for its female employees.

6. As a result of the complaint, I was later subjected to physical and verbal intimidation by my superior, Douglas Bosler.

7. When I first informed Members of the Board of Elders about the physical and verbal intimidation, they did not take any action to rectify the problem

8. As a result of the physical and verbal intimidation, I felt unsafe at the workplace.

9. I later informed Members of the Board of Elders that I would seek to remedy the physical and verbal intimidation through legal channels.

10. During my time of employment at the Church, I consistently heard male Church employees and Members of the Board of Elders make comments and engage in conversations that I perceived as being discriminatory against myself, as well as other individuals similar in age.

11. On or about April 23, 2007, I was terminated without cause by Francisco Mesquita (Pastor of Administration) and Tom Wood (Chairman of the Elder Board).

12. At the time of my termination, I asked Francisco Mesquita and Tom Wood why I was being terminated. The response I received from both individuals was that, "We don't have to tell you why we are terminating you."

13. I believe that my termination was based on:

    a. the fact that I filed an internal complaint regarding the Church's failure to provide a safe work environment for its female employees;

    b. retaliation in connection with my complaints of harassment;

    c. retaliation in connection with my support of a possible internal investigation into alleged financial improprieties within the Church

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Date: 8/13/07

At: Carlsbad
    City

_Sondra Boone_
Complainant's Signature

Particulars
Claimant: Boone, Sondra