Re: *Sondra Boone v. Carlsbad Community Church, Tom Wood, Dick Lee, Francisco Mesquita*
United States District Court, Southern District of California
Case No. 08 CV 0634 W AJB

**CERTIFICATE OF SERVICE (CM/ECF):**

I hereby certify that on April 11, 2008, I electronically filed the foregoing

1. **DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA'S NOTICE OF MOTION AND MOTION TO STRIKE CLAIMS AND ALLEGATIONS IN PLAINTIFF'S FIRST AMENDED COMPLAINT [FRCP 12(f)];**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)]; MEMORANDUM OF POINTS AND AUTHORITIES;**

3. **DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)]; MEMORANDUM OF POINTS AND AUTHORITIES;**

4. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA'S NOTICE OF MOTION AND MOTION TO STRIKE CLAIMS AND ALLEGATIONS IN PLAINTIFF'S FIRST AMENDED COMPLAINT [FRCP 12(f)];**

5. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE AND FRANCISCO MESQUITA'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)] AND MOTION TO STRIKE [FRCP 12(f)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Ryan L. Church rchurch@stutzartiano.com

Executed on this 11th day of April 2008 at Solana Beach, California.

                                                  */S/ CHIAI CHON*
                                                  Chiai Chon