**STUTZ ARTIANO SHINOFF & HOLTZ**
*A Professional Corporation*
Daniel R. Shinoff, Esq. (State Bar No. 99129)
Gil Abed, Esq. (State Bar No. 195771)
Ryan L. Church, Esq. (State Bar No. 249484)
2488 Historic Decatur Road, Suite 200
San Diego, CA 92106-6113
Tel: (619) 232-3122
Fax: (619) 232-3264

Attorneys for Plaintiff Sondra Boone

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONDRA BOONE,<br><br>       Plaintiff,<br><br>vs.<br><br>CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA and DOES 1-20,<br><br>       Defendants. | Case No.  08 CV 0634 W AJB<br><br>JUDGE:  Thomas J. Whelan<br>Ctrm:<br>MAGISTRATE: Judge Anthony J. Battaglia<br>Ctrm:<br>DATE:<br>TIME:<br><br>**NOTICE OF APPEARANCE**<br><br>COMPLAINT FILED: October 29, 2007<br>TRIAL DATE:      None Set |

**TO ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Daniel R. Shinoff, Esq., of the law offices of Stutz Artiano Shinoff & Holtz, A.P.C., located at 2488 Historic Decatur Road, Ste. 200, San Diego, California 92106, telephone (619) 232-3122, facsimile (619) 232-3264, email **dshinoff@stutzartiano.com**, hereby appears as counsel of record for Plaintiff SONDRA BOONE, along with Gil Abed, email **gabed@stutzartiano.com**, and Ryan L. Church, email **rchurch@stutzartiano.com** in the above-captioned litigation.

/ / /

/ / /

/ / /

/ / /

1

08 CV 0634 W AJB

1  All future pleadings, correspondence or other inquiries regarding this matter should be
2  addressed to Daniel R. Shinoff, Gil Abed and Ryan L. Church as attorneys of record for Plaintiff
3  SONDRA BOONE.

4  DATED: April 16, 2008

STUTZ ARTIANO SHINOFF & HOLTZ
*A Professional Corporation*

By:   <u>s/ Daniel R. Shinoff</u>
       Daniel R. Shinoff
       Ryan L. Church
       Gil Abed
Attorneys for Plaintiff SONDRA BOONE
Email: **dshinoff@stutzartiano.com**

@PFDesktop\::ODMA/WORLDOX/G:/DATA/3138/1/PL/S7036188.WPD

**STUTZ ARTIANO SHINOFF & HOLTZ**, A.P.C.
Daniel R. Shinoff, Esq. (State Bar No. 099129)
Gil Abed, Esq. (State Bar No. 195771)
Ryan L. Church, Esq. (State Bar No. 249484)
2488 Historic Decatur Road, Ste. 200
San Diego, California 92106
Telephone: (619) 232-3122
Facsimile: (619) 232-3264
Attorneys for: Plaintiff SONDRA BOONE

*Boone v. Carlsbad Community Church, et al.*
United States District Court for the Southern District of CA - Case No.:08 CV 0634 W AJB

### DECLARATION OF SERVICE

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made. My business address is 2488 Historic Decatur Road, Suite 200, San Diego, CA 92106-6113.

On April 16, 2008, I served the following document: **NOTICE OF APPEARANCE**

☒ **BY ELECTRONIC SERVICE** On the date executed below, I served the document(s) via CM/ECF described above on designated recipients through electronic transmission of said documents, a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

☐ **BY MAIL** by depositing in the United States Postal Service mail box at 2488 Historic Decatur Road, Suite 200, San Diego, California 92106, a true copy thereof in a sealed envelope with postage thereon fully prepaid and addressed as follows:

| | |
|---|---|
| Golnar J. Fozi, Esq.<br>DALEY & HEFT<br>462 Stevens Avenue, #201<br>Solana Beach, CA 92075<br>Tel: (858) 755-5666<br>Fax: (858) 755-7870<br>Email: **gfozi@daley-heft.com** | Counsel for Defendants |

Executed on April 16, 2008, at San Diego, California.

*/s/ Elaine Fein*
ELAINE FEIN

3

08 CV 0634 W AJB

@PFDesktop\::ODMA/WORLDOX/G:/DATA/3138/1/PL/S7036188.WPD