Re:  *Sondra Boone v. Carlsbad Community Church, Tom Wood, Dick Lee, Francisco Mesquita*
United States District Court, Southern District of California
Case No. 08 CV 0634 W AJB

**AMENDED CERTIFICATE OF SERVICE (CM/ECF):**

I hereby certify that on April 21, 2008, I electronically filed the foregoing

1. **DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)]; MEMORANDUM OF POINTS AND AUTHORITIES;**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)]; MEMORANDUM OF POINTS AND AUTHORITIES**

3. **DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, AND FRANCISCO MESQUITA'S NOTICE OF MOTION AND MOTION TO STRIKE ALLEGATIONS AND CLAIMS IN PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

4. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, AND FRANCISCO MESQUITA'S MOTION TO STRIKE ALLEGATIONS AND CLAIMS IN PLAINTIFF'S COMPLAINT**

5. **REQUEST FOR JUDICIAL NOTICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Ryan L. Church rchurch@stutzartiano.com

Executed on this 21ST day of April 2008 at Solana Beach, California.

                */S/ CHIAI CHON*
                Chiai Chon