1  Re:    *Sondra Boone v. Carlsbad Community Church, Tom Wood, Dick Lee, Francisco Mesquita*
         United States District Court, Southern District of California
2        Case No. 08 CV 0634 W AJB

3

**CERTIFICATE OF SERVICE (CM/ECF):**

4

5  I hereby certify that on April 22, 2008, I electronically filed the foregoing

6  **1.    AMENDED NOTICE OF DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA'S NOTICE OF MOTION AND MOTION TO STRIKE CLAIMS AND ALLEGATIONS IN PLAINTIFF'S FIRST AMENDED COMPLAINT [FRCP 12(f)]; MEMORANDUM OF POINTS AND AUTHORITIES**  with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

10  Ryan L. Church rchurch@stutzartiano.com

11  Executed on this 22st day of April 2008 at Solana Beach, California.

12                                  */S/ CHIAI CHON*
                                    Chiai Chon

**1**