1 | Re: *Sondra Boone v. Carlsbad Community Church, Tom Wood, Dick Lee, Francisco Mesquita*
United States District Court, Southern District of California
2 | Case No. 08 CV 0634 W AJB

**CERTIFICATE OF SERVICE (CM/ECF):**

I hereby certify that on April 22, 2008, I electronically filed the foregoing

1. **AMENDED NOTICE OF DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Ryan L. Church rchurch@stutzartiano.com

Executed on this 22st day of April 2008 at Solana Beach, California.

                                            */S/ CHIAI CHON*
                                            Chiai Chon