Re:  *Sondra Boone v. Carlsbad Community Church, Tom Wood, Dick Lee, Francisco Mesquita*
United States District Court, Southern District of California
Case No. 08 CV 0634 W AJB

**CERTIFICATE OF SERVICE (CM/ECF):**

I hereby certify that on May 19, 2008, I electronically filed the foregoing

**1.    DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)];** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Ryan L. Church  rchurch@stutzartiano.com

Executed on this 19th day of May 2008 at Solana Beach, California.

　　　　　　　　　　　　　　　　　　/S/ CHIAI CHON
　　　　　　　　　　　　　　　　　　Chiai Chon

1