| | |
|---|---|
| 1 | Re:   *Sondra Boone v. Carlsbad Community Church, Tom Wood, Dick Lee, Francisco Mesquita* |
| 2 |         United States District Court, Southern District of California<br>        Case No. 08 CV 0634 W AJB |

**CERTIFICATE OF SERVICE (CM/ECF):**

I hereby certify that on May 19, 2008, I electronically filed the foregoing

1.   **DEFENDANTS CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE, FRANCISCO MESQUITA'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE CLAIMS AND ALLEGATIONS IN PLAINTIFF'S FIRST AMENDED COMPLAINT [FRCP 12(f)];**  with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Ryan L. Church   rchurch@stutzartiano.com

Executed on this 19th day of May 2008 at Solana Beach, California.

                                        /S/ CHIAI CHON
                                        Chiai Chon

1