```
DALEY & HEFT, LLP, ATTORNEYS AT LAW
ROBERT W. BROCKMAN, ESQ. (SBN 123546)
GOLNAR J. FOZI (SBN 167674)
462 STEVENS AVENUE, SUITE 201
SOLANA BEACH, CA 92075
TELEPHONE: 858-755-5666
FACSIMILE: 858-755-7870
```

Attorneys for Defendants
CARLSBAD COMMUNITY CHURCH,
TOM WOOD, DICK LEE
AND FRANCISCO MESQUITA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONDRA BOONE<br><br>     Plaintiffs,<br><br>v.<br><br>CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE AND FRANCISCO MESQUITA and DOES 1-20,<br><br>     Defendants. | Case No. 08 CV 0634 W AJB<br><br>**JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE; DECLARATION OF GOLNAR J. FOZI IN SUPPORT THEREOF**<br><br>DATE: August 22, 2008<br>TIME: 10:30 a.m.<br>DEPT: 7<br>DIST. JUDGE: Thomas J. Whelan<br>MAG. JUDGE: Anthony J. Battalia |

## JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE

The parties by and through their attorneys of record hereby submit this joint motion to continue the Early Neutral Evaluation Conference currently scheduled for August 18, 2008 at 10:00 a.m. **to August 22, 2008 at 10:30 a.m.**

This request for continuance is based on the following facts: Defendant TOM WOOD will be in Northern California for a family wedding that will take place on August 17, 2008. Mr. WOOD will be driving his wife, daughter and 18-month-old grandson back to San Diego starting

in the early morning hours of August 18, 2008, but will not be back in San Diego by 10:00 a.m. for the scheduled ENE. The wedding has been planned for many months, and travel plans were made quite in advance of time.

Both counsel for defendants (Robert Brockman, Esq. and Golnar Fozi, Esq.) will be starting a trial in Los Angeles on August 25, 2008 (Newton v. FAME Gardens, Los Angeles Superior Court Case No. Case No. BC 352765) and hence will be unavailable after that date for a period of two to three weeks. Therefore, defendants request an ENE date after August 18, 2008, but prior to August 25, 2008.

Starting on or about July 7, 2008, counsel for plaintiff and defendants have met and conferred and have agreed to seek a continuance of the ENE to allow all parties and those with settlement authority to be present. With respect to a continuance of the ENE, all counsel, defendants and those with settlement authority are available on August 22, 2008 at 10:30 a.m. Counsel for defendants was informed the August 22, 2008 time slot is available on the Court's calendar.

Therefore, the parties jointly request that the currently scheduled ENE be continued to August 22, 2008 at 10:30 a.m.

DATED: July 14, 2008

Respectfully submitted,

DALEY & HEFT

BY: _____
ROBERT W. BROCKMAN
GOLNAR J. FOZI
Attorneys for Defendants CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE AND FRANCISCO MESQUITA

STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C.

BY: _____
DANIEL R. SHINOFF, ESQ.
GIL ABED, ESQ.
RYAN L. CHURCH, ESQ.
Attorneys for Plaintiff SONDRA BOONE

```
1  DALEY & HEFT, LLP, ATTORNEYS AT LAW
   ROBERT W. BROCKMAN, ESQ. (SBN 123546)
2  GOLNAR J. FOZI (SBN 167674)
   462 STEVENS AVENUE, SUITE 201
3  SOLANA BEACH, CA 92075
   TELEPHONE: 858-755-5666
4  FACSIMILE: 858-755-7870

5  Attorneys for Defendants
   CARLSBAD COMMUNITY CHURCH,
6  TOM WOOD, DICK LEE
   AND FRANCISCO MESQUITA
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONDRA BOONE<br><br>        Plaintiffs,<br><br>v.<br><br>CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE AND FRANCISCO MESQUITA and DOES 1-20,<br><br>        Defendants. | Case No. 08 CV 0634 W AJB<br><br>**DECLARATION OF GOLNAR J. FOZI IN SUPPORT OF JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>DATE: August 22, 2008<br>TIME: 10:30 a.m.<br>DEPT:    7<br>DIST. JUDGE: Thomas J. Whelan<br>MAG. JUDGE: Anthony J. Battalia |

I, Golnar Fozi, hereby declare:

1. I am an attorney at law, duly admitted to practice before the courts of this state, and am a partner with the firm of Daley & Heft, attorneys of records for defendants CARLSBAD COMMUNITY CHURCH, TOM WOOD, DICK LEE AND FRANCISCO MESQUITA, in the above matter.

2. I have personal knowledge of all the matters stated herein and, if called as a witness, I could competently testify thereto, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

///

3. This is a lawsuit for wrongful termination and defamation brought by plaintiff SONDRA BOONE against the CARLSBAD COMMUNITY CHURCH, one of its pastors and two of its Board members.

4. On or about July 2, 2008, the Court issued an order setting the Early Neutral Evaluation ("ENE") Conference for August 18, 2008. I was informed that defendant TOM WOOD will be in northern California for a family wedding that will take place on August 17, 2008. Mr. WOOD will be driving his wife, daughter and 18-month-old grandson back to San Diego starting the early morning hours of August 18, 2008, but will not be back in San Diego by 10:00 a.m. for the scheduled ENE. The wedding has been planned for many months, and travel plans were made quite in advance of time. Therefore, defendant TOM WOOD will not be able to attend the ENE.

5. I informed counsel for plaintiff Ryan Church of this scheduling conflict on or about July 7, 2008. The two of us set about finding a mutually convenient date for the ENE when we could secure the attendance of all the parties and their counsel. The Court's clerk told us that August 22, 2008 at 10:30 a.m. was available on the court's calendar, and the date was free on our respective clients' calendars and on our own calendars. Therefore, we join in requesting that the ENE be continued to August 22, 2008 at 10:30 a.m.

6. Another reason for requesting the August 22, 2008 date for the ENE is that Robert Brockman and I will be starting a trial in Los Angeles on August 25, 2008 (Newton v. FAME Gardens, Los Angeles Superior Court Case No. Case No. BC 352765) and hence will be unavailable after that date for a period of two to three weeks.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct and that this declaration was executed this \_\_\_\_ day of July, 2008 at Solana Beach, California.

_____
Golnar J. Fozi, Declarant

```
 1  DALEY & HEFT, LLP, ATTORNEYS AT LAW
    ROBERT W. BROCKMAN ESQ. (SBN 123546)
 2  GOLNAR J. FOZI (SBN 167674)
    462 STEVENS AVENUE, SUITE 201
 3  SOLANA BEACH, CA  92075
    TELEPHONE: (858) 755-5666
 4  FACSIMILE:(858) 755-7870

 5  Attorneys for Defendants,
    CARLSBAD COMMUNITY CHURCH,
 6  TOM WOOD, DICK LEE
    and FRANCISCO MESQUITA
```

**UNITED STATES DISTRICT COURT**

**FOR CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONDRA BOONE,<br><br>             Plaintiff,<br><br>    v.<br><br>CARLSBAD COMMUNITY CHURCH,<br>TOM WOOD, DICK LEE AND<br>FRANCISCO MESQUITA and DOES 1-20,<br><br>             Defendants. | Case No.  08 CV 0634 W AJB<br><br>**DECLARATION OF PROOF OF ELECTRONIC SERVICE THROUGH CM/ECF**<br><br>DEPT.:       7<br>DIST. JUDGE: Thomas J. Whelan<br>MAG. JUDGE: Anthony J. Battalia |

I, Lisa Buckley, declare:  That I am and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned mailing occurred.  My business address is 462 Stevens Avenue, suite 201, Solana Beach, California 92075.  I served the following documents:

**JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE; DECLARATION OF GOLNAR J. FOZI IN SUPPORT THEREOF**

via Electronic Mail Service: In accordance with the electronic filing procedure of this Court, service has been effected on aforementioned party(s) below, whose counsel of record is a registered participant of CM/ECF Filing System, via electronic service through CM/ECF System.

///

1  STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C.
   Daniel R. Shinoff, Esq.
2  Gil Abed, Esq.
   Ryan L. Church, Esq.
3  2488 Historic Decatur Reoad, Suite 200
   San Diego, California 92106
4  **(Attorney for Plaintiff)**

5  I declare under penalty of perjury under the laws of the State of California that the
6  foregoing is true and correct and that this Declaration was executed this 15th day of July 2008
7  at Solana Beach, California.

8                                     */s/Lisa Buckley*
                                      Lisa Buckley, Declarant