cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONDRA BOONE,<br><br>　　　　　　Plaintiff,<br>v.<br><br>CARLSBAD COMMUNITY CHURCH;<br>TOM WOOD; DICK LEE; FRANCISCO<br>MESQUITA,<br><br>　　　　　　Defendants. | Civil No.08cv0634 W (AJB)<br><br>ORDER GRANTING JOINT MOTION TO<br>CONTINUE EARLY NEUTRAL<br>EVALUATION CONFERENCE<br>(Doc. Nos. 19 and 20) |

　　　Pursuant to the Joint Motion filed in the above entitled action (docket Nos. 19 and 20) and for good cause shown, the August 18, 2008 Early Neutral Evaluation Conference is hereby continued to *August 22, 2008 at 1:30 p.m.*  Plaintiff's brief is now due to be lodged and served on or before August 8, 2008.  Defendants' briefs are now due to be lodged and served on or before August 15, 2008.

　　　IT IS SO ORDERED.


DATED: July 22, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court