cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONDRA BOONE,<br><br>                Plaintiff,<br>v.<br><br>CARLSBAD COMMUNITY CHURCH;<br>TOM WOOD; DICK LEE; FRANCISCO<br>MESQUITA,<br><br>                Defendants. | Civil No.08cv0634 W (AJB)<br><br>ORDER FOLLOWING EARLY<br>NEUTRAL EVALUATION<br>CONFERENCE |

      On August 22, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Ayan Church, Esq., Sondra Boone and Gil Abed, Esq. on behalf of plaintiff; Golnar Fozi, Esq., Robert Brockman, Esq., Mik Grimes, Dick Lee, Tom Woods, and Francisco Mesquita on behalf of defendants.

      Settlement could not be reached in the case at this time.

      The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

      1.      The Rule 26(f) conference shall be completed before *September 10, 2008*;

      2.      The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *October 17, 2008*;

      3.      A joint discovery plan shall be lodged with Judge Battaglia on or before *October 17, 2008;* and,

4. Counsel are ordered to appear *by phone on October 23, 2008* at *10:00 a.m.* for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Counsel for plaintiff shall initiate the call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: August 25, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court