1  Daley & Heft, LLP, Attorneys at Law
   Robert W. Brockman, Esq. (SBN 123546)
2  Golnar J. Fozi (SBN 167674)
   Athena B. Troy (SBN 260092)
3  462 Stevens Avenue, Suite 201
   Solana Beach, CA 92075
4  Telephone: (858) 755-5666
   Facsimile: (858) 755-7870
5  E-mail: rbrockman@daley-heft.com
           gfozi@daley-heft.com
6          atroy@daley-heft.com

7  Attorneys for Defendants
   Carlsbad Community Church,
8  Tom Wood, Dick Lee
   and Francisco Mesquita
9

10                    UNITED STATES DISTRICT COURT

11                   SOUTHERN DISTRICT OF CALIFORNIA

12 | SONDRA BOONE                    ) Case No. 08 cv 0634 W AJB
                                     )
13 |            Plaintiffs,           ) **JOINT MOTION FOR DISMISSAL**
                                     ) **WITH PREJUDICE**
14 | v.                               )
                                     )
15 | CARLSBAD COMMUNITY CHURCH,      )
   | TOM WOOD, DICK LEE AND          )
16 | FRANCISCO MESQUITA and DOES 1-  )
   | 20,                              )
17 |                                  )
   |            Defendants.           )
18

19

20      Plaintiff Sondra Boone and defendants Carlsbad Community Church, Tom Wood, Dick

21 Lee and Francisco Mesquita (collectively "the parties"), by and through their respective

22 attorneys of record, hereby jointly request the following:

23      1.   The parties have entered into a Confidential Settlement Agreement and Mutual

24 Release in this matter whereby they have resolved all claims and agreed to the dismissal of the

25 above-captioned action with prejudice, each party to bear its own attorney fees and costs.

26 ///

27 ///

28 ///

                                            1

2. Accordingly, the parties jointly request the Court to dismiss this action with prejudice.

Respectfully submitted,

DATED: October 7, 2009          Stutz Artiano Shinoff & Holtz, A.P.C.


By: _____s/Ryan L. Church_____
   Daniel R. Shinoff
   Gil Abed
   Ryan L. Church
   Attorneys for Plaintiff Sondra Boone
   E-Mail:  dshinoff@stutzartiano.com;
   gabed@stutzartiano.com; and
   rchurch@stutzartiano.com

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the plaintiff and that I have obtained authorization from Ryan L. Church to affix his electronic signature to this document.

DATED: October 7, 2009          Daley & Heft, LLP

By: _____s/Athena B. Troy_____
   Golnar J. Fozi
   Athena B. Troy
   Attorneys for Defendants
   Carlsbad Community Church, Tom Wood,
   Dick Lee and Francisco Mesquita
   E-Mail: gfozi@daley-heft.com;
   atroy@daley-heft.com

| | |
|---|---|
| 1 | DALEY & HEFT, LLP, ATTORNEYS AT LAW |
|   | ROBERT W. BROCKMAN, ESQ. (SBN 123546) |
| 2 | GOLNAR J. FOZI (SBN 167674) |
|   | ATHENA B. TROY (SBN 260092) |
| 3 | 462 STEVENS AVENUE, SUITE 201 |
|   | SOLANA BEACH, CA 92075 |
| 4 | TELEPHONE: 858-755-5666 |
|   | FACSIMILE: 858-755-7870 |
| 5 | E-MAIL: ATroy@daley-heft.com |

Attorneys for Defendants
CARLSBAD COMMUNITY CHURCH,
TOM WOOD, DICK LEE
and FRANCISCO MESQUITA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONDRA BOONE ) | Case No.  08 CV 0634 W AJB |
| ) | |
| Plaintiffs, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| v. ) | |
| ) | |
| CARLSBAD COMMUNITY CHURCH, ) | |
| TOM WOOD, DICK LEE AND ) | |
| FRANCISCO MESQUITA and DOES 1- ) | |
| 20, ) | |
| ) | |
| Defendants. ) | |

I, Patricia A. Cartwright, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. I caused to be served the following document(s) via electronic mail:

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE.**

3. **Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case:

///

1

Case No. 08 CV 0634 W AJB

1 | Daniel R. Shinoff, Esq. dshinoff@stutzartiano.com, rrunsat@stutzartiano.com
Gil Abed, Esq. gabed@stutzartiano.com, cwilson@stutzartiano.com
2 | Ryan L. Church, Esq. rchurch@stutzartiano.com, efein@stutzartiano.com
STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C.
3 | 2488 Historic Decatur Reoad, Suite 200
San Diego, CA 92106-6113
4 | Tel: 619-232-3122; Fax: 619-232-3264
Attorneys for Plaintiff SONDRA BOONE

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 7, 2009, in Solana Beach, California.

*Patricia A. Cartwright*
Patricia A. Cartwright, Declarant

2

Case No. 08 CV 0634 W AJB